Another, Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

PRIME FUR CO., INC., Respondent, v. NATIONAL LIBERTY INSURANCE COMPANY OF AMERICA, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

FREDERICK W. WHITE, Appellant, v. CLARENCE M. BUSCH, Respondent.— Order affirmed, with ten dollars cost and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

FRIEDA BENDER v. ARCHIBALD NISIN, Impleaded, etc.— Motion to dismiss appeal denied, with leave to renew if said appeal be not prosecuted with due diligence. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

ISIDOR STEIN and Others v. SAM LICHT.— Motion to dismiss appeal denied. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

ISIDOR STEIN and Others v. SAM LICHT.— Motion to dismiss appeal denied. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

HEIT & WEISENTHAL, INC., v. SAM LICHT.— Motion to dismiss appeal denied. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

HEIT & WEISENTHAL, INC., v. SAM LICHT.— Motion to dismiss appeal denied. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

HEIT & WEISENTHAL, INC., v. GUSTAVE LICHT.— Motion to dismiss appeal denied. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

HEIT & WEISENTHAL, INC., v. GUSTAVE LICHT.— Motion to dismiss appeal denied. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

ISIDOR STEIN and Others v. GUSTAVE LICHT.— Motion to dismiss appeal denied. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

ISIDOR STEIN and Others v. GUSTAVE LICHT.— Motion to dismiss appeal denied. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

LOUIS MILLER v. GUSTAVE LICHT.— Motion to dismiss appeal denied. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

LOUIS MILLER v. GUSTAVE LICHT.— Motion to dismiss appeal denied. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

LOUIS MILLER v. SAM LICHT.— Motion to dismiss appeal denied. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

LOUIS MILLER v. SAM LICHT.— Motion to dismiss appeal denied. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of CHRISTOPHER C. JACKSON against WEST LUMBER CO., INC.— Motion to dismiss appeal granted. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of STOCKTON TEA ROOM, INC., against ROYAL S. COPELAND and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER H. RAUB v. BROADWAY-98TH STREET REALTY CO., INC.— Motion to dismiss appeal granted. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

48